1  Shah Peerally (CA Bar No: 230818)
   Erich Keefe (CA Bar No: 226746)
2  LAW OFFICES OF SHAH PEERALLY
   4510 Peralta Blvd, Suite 23
3  Fremont, CA 94536
   Telephone: (510) 742 5887
4  Fax: (510) 742 5877

5  Attorneys for Plaintiff:  SABREEN KAUR

6

7

8                  UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11  SABREEN KAUR                              )
                                              )
12        Plaintiff,                          )
                                              )
13                                            )   Case No. 2:07-cv-02497-MCE-KJM
    vs.                                       )
14                                            )
    Michael Mukasey,  Attorney General of the )   MOTION FOR VOLUNTARY
15  United States; Michael Chertoff, Secretary of the )  DISMISSAL; AND ORDER
16  Department of Homeland Security; Emilio   )
    Gonzelez, Director of United States Citizenship & )
17  Immigration Services; Robert S. Mueller, III, )
    Director of the Federal Bureau of Investigations; )  INS A# 076-215-434
18  Christina Poulos, Director of the California Service )
19  Center; et al;                            )
                                              )
20        Defendants                          )
    _____)
21

22  ///

23  ///

24  ///

25  ///
26
    ///
27
28  ///

1  Plaintiff, by and though her attorney of record, hereby moves the Court to dismiss the above-

2  entitled action without prejudice in light of the fact that the United States Citizenship and

3  Immigration Services is now prepared to adjudicate Plaintiff's application for naturalization and

4  agrees to do so within 30 days of the dismissal of this action.

January 9, 2008                                                      Respectfully submitted,

                                                                     Attorneys for Plaintiff

                                                                     _s/Shah Peerally____
                                                                     Shah Peerally, Esq.
                                                                     Attorney for Plaintiff

                                                                     _s/Erich Keefe_
                                                                     Erich Keefe, Esq.
                                                                     Attorney for Plaintiff

**ORDER**

IT IS SO ORDERED.

   Date:  January 15, 2008

   _____
   MORRISON C. ENGLAND, JR
   UNITED STATES DISTRICT JUDGE